UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FRANCESCO NOTARO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:25–cv–00944–SCR<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Pending before the court is plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] ECF No. 2. Plaintiff submitted a declaration, averring that he is unable to pay the costs of this proceeding. Accordingly, IT IS HEREBY ORDERED that:

  1.   Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

  2.   The Clerk of Court is directed to issue a summons for this case;

  3.   In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

under the court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4. The Clerk of Court is DIRECTED to issue a scheduling order in this case.

IT IS SO ORDERED.

DATED:  April 1, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE